# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CHRISTOPHER SMARR, | : No. 6 WM 2018 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2018, the Application for Leave to File Original Process, the Petition for Writ of Mandamus, and the Application for a Hearing are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not allowed). The Prothonotary is DIRECTED to forward the filings to counsel of record.